Peter Singh. Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
**1600 Fulton Street, Suite 101**
**Fresno, California 93721**
**Telephone:  (559) 256-9800**
**Facsimile:  (559) 256-9792**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Criminal Case No.: 13-CR-00403-LJO |
| Plaintiff, | **STIPULATION TO SET CASE FOR STATUS CONFERENCE BEFORE MAGISTRATE JUDGE** |
| v. | |
| **GILBERTO ESPRAZA-VERA**, | Date:  January 13, 2013<br>Time:  8:00 a.m. |
| Defendant | **Honorable Lawrence J. O'Neill, Presiding** |

**IT IS HEREBY STIPULATED,** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above-captioned matter now scheduled for January 13, 2014 at 8:00 a.m., **may be heard before Magistrate Judge, Sheila K. Oberto on January 21, 2014 at 1:00 p.m.**

The grounds for the request to move before Magistrate Judge, Sheila K. Oberto is because this action was originally placed on Judge O'Neill's calendar at Gilberto Esparza-Vera's initial appearance because it was anticipated Gilberto Esparza-Vera would accept the fast track offer and the status conference would convert to a change of plea.  Since his initial appearance, the fast track offer has expired and Gilberto Esparza-Vera did not accept the fast track offer.

1

Additionally, Peter Singh, Esq. substituted in as attorney of record after the expiration of the fast track offer.

At this time the parties request this action therefore be set on the Magistrate Judge's calendar to explore further negations, possible discovery requests, and trial preparation.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated:  December 23, 2013                    Respectfully Submitted:


                                             By:__/s/ *Peter Singh*_____

                                             PETER SINGH, Esq.

                                             Attorney for GILBERTO ESPARZA-VERA


Dated:  December 23, 2013                    U.S. Attorney's Office, Eastern Dist.  Of California


                                             By:__/s/ *Mia A. Giacomazzi*_____

                                             Mia A. Giacomazzi,

                                             Assistant U.S. Attorney

**ORDER**

**The request is DENIED.  Once a case is sent to the District Judge assigned the case, it never returns to the Magistrate Judge.  The currently set matter will remain at the time and date set before the undersigned, and shall now be a Trial Setting Conference.**

   IT IS SO ORDERED.

   Dated:   **December 24, 2013**      /s/ Lawrence J. O'Neill
                          UNITED STATES DISTRICT JUDGE