UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GILBERTO ESPARZA-VERA,<br><br>　　　　Defendant. | Case No. 1:13-cr-00403-LJO-SKO-1<br><br>ORDER ADDRESSING AUGUST 14, 2014 MOTION TO COMPEL (DOC. 21) |

　　This is a closed criminal case in which a Judgment and Commitment was filed against Defendant Gilberto Esparza-Vera on January 17, 2014. Doc. 20. Defendant did not timely file an appeal. On August 14, 2014, Defendant filed a motion to compel his previous defense counsel, Peter Singh, to release to him all records and files related to this case.

　　Because Judgment already has been entered, this Court lacks jurisdiction to adjudicate Defendant's request. Any remedy he may have lies with the State Bar of California, which can be reached at:

　　State Bar of California
　　180 Howard St.
　　San Francisco, CA 94105
　　415-538-2000

1

The Clerk of Court is directed to administratively terminate Defendant's motion. The Clerk of Court is also directed to mail a copy of this order to:

    Peter Singh, Esq.
    Peter Singh & Associates, P.C.
    1600 Fulton Street, Suite 101
    Fresno, CA 93721

**SO ORDERED**
**Dated: August 28, 2014**

                        **/s/ Lawrence J. O'Neill**
                        **United States District Judge**