UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO ESPARZA-VERA,<br><br>Defendants. | No. 1:13-CR-00403-DAD-BAM<br><br>ORDER ON EX PARTE MOTION REQUESTING CLARIFICATION AND REASONS FOR REASSIGNMENT NOTICE<br><br>(Doc. No. 39) |

On December 4, 2015, this court issued an order that due to the appointment of Judge Dale A. Drozd to the position of United States District Judge, this action was reassigned from District Judge Lawrence J. O'Neill and Magistrate Judge Sheila K. Oberto to District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAulliffe for all further proceedings. (Doc. No. 38.) On December 15, 2015, defendant filed a motion requesting clarification of the December 4, 2015 reassignment order and inquiring whether the order relates to the recent decision in *Dimaya v. Lynch*, 803 F.3d 1110 (9th Cir. 2015) (holding that the definition of "aggravated felony" in the Immigration and Nationality Act was unconstitutionally vague). (Doc. No. 39.)

Defendant is advised that the reassignment order was issued as the result of a general, random redistribution of the court's cases due to the recent appointment of District Judge Dale A. Drozd. This action is closed as a result of the March 24, 2015 order granting in part and denying in part defendant's motion for relief under 28 U.S.C. § 2255. There are no pending matters

1

before this court in the action.  Defendant need not respond to the reassignment order and it does not otherwise affect the status of his case.  Finally, the reassignment order does not relate in any way to the recent Ninth Circuit in *Dimaya*.

IT IS SO ORDERED.

Dated: __**December 17, 2015**__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE