UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO ESPARZA-VERA, | No. 1:13-cr-00403-DAD-BAM |
| Petitioner, | |
| v. | <u>ORDER FOR OPPOSITION</u> |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner Gilberto Esparza-Vera is a federal prisoner proceeding pro se pursuant to 28 U.S.C. § 2255 with a motion to vacate, set aside, or correct a 63-month prison sentence imposed against him in this case. (*See* Doc. Nos. 37, 41.)  Having reviewed the motion on file, the court finds resolution of this matter will be aided by the filing of a response by the government. Accordingly, within 45 days of electronic service of this order, the government shall file and serve a response to the pending § 2255 motion.

IT IS SO ORDERED.

Dated:  **March 16, 2016**                          ⁄s⁄ Dale A. Drozd
                                                                     UNITED STATES DISTRICT JUDGE

1