UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO ESPARZA-VERA,<br><br>Defendant. | No. 1:13-cr-00403-DAD-BAM-1<br><br>ORDER REFERRING MOTION UNDER 28 U.S.C. § 2255 TO FEDERAL DEFENDER'S OFFICE |

Defendant filed a *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 on March 9, 2016. (Doc. No. 41.) The court previously ordered the government to supply an opposition. (Doc. No. 42.) Pursuant to General Order No. 563, the Federal Defender's Office ("FDO") is hereby appointed to represent defendant in connection with his pending § 2255 motion. The FDO shall have 90 days from the date of this order to file a supplement to defendant's *pro se* motion under 28 U.S.C. § 2255 or to notify the court and the government it does not intend to file a supplement.

In light of the appointment of the FDO, the order requiring the government to file an opposition is vacated at this time. The government shall instead have 30 days from the date of the

/////

/////

/////

1

FDO's filing to file a response to defendant's § 2255 motion. Any reply brief shall be filed within fifteen days following the filing of the response.

IT IS SO ORDERED.

Dated:   **June 27, 2016**                                     _____
                                                              UNITED STATES DISTRICT JUDGE