UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO ESPARZA-VERA,<br><br>    Movant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. 1:13-cr-00403-DAD-BAM<br><br>ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND GRANTING REQUEST TO WITHDRAW AS COUNSEL<br><br>(Doc. Nos. 52, 53) |

On September 2, 2016, movant here filed a document styled as a "motion for summary judgment," arguing that the government failed to respond to his motion filed pursuant to 28 U.S.C. § 2255 and therefore judgment must be granted in his favor. (Doc. No. 52.) The current briefing schedule in this matter is most recently set by this court's order of June 29, 2016, referring the pending motion to the Federal Defender's Office ("FDO"). (Doc. No. 48.) In that order, the court directed the FDO to file either a supplement to petitioner's § 2255 petition or a notice of non-supplementation within ninety (90) days. (*Id.*) Following that filing, the government was given thirty (30) days to file an opposition to the § 2255 petition. (*Id.*) Should movant wish to reply, he must do so within fifteen (15) days of the government's opposition. (*Id.*) All prior orders directing the government to file an opposition to the pending § 2255 motion were vacated by the court's June 29, 2016 order. (*Id.*)

/////

1

1    Additionally, on August 30, 2016, movant filed a "Motion to Relieve Counsel from the
2 PDO's, and to Clarify His Stance Regarding His § 2255 Petition." (Doc. No. 51.) Movant
3 therein "request[ed] the dismissial [sic] of the Federal Public Defender's Office from further
4 representation of his cause." (Doc. No. 51 at 1.) Movant also previously requested the FDO be
5 "removed from further representation in his case" in a filing dated July 22, 2016. (Doc. No. 49 at
6 2.) This court appointed the FDO to represent movant in connection with his pending § 2255
7 motion and referred the matter to that office, pursuant to General Order No. 563, on June 29,
8 2016. (Doc. No. 48.) The FDO has recently filed with the court a notice of non-supplementation
9 on September 9, 2016, and indicated therein that it sought to withdraw as counsel for movant.
10 (Doc. No. 53.) Given that both movant and the FDO have requested that the FDO no longer serve
11 as counsel for Mr. Esparza-Vera, the court hereby grants the FDO's request to withdraw from the
12 appointment. Movant will continue *pro se* in connection with the pending § 2255 motion.
13    Therefore, petitioner's motion for summary judgment (Doc. No. 52) is denied and the
14 FDO's request to withdraw as counsel for movant (Doc. No. 53) is granted.

IT IS SO ORDERED.

Dated:   **September 13, 2016**

_____
UNITED STATES DISTRICT JUDGE

2