UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO ESPARZA-VERA,<br><br>Defendant. | No. 1:13-cr-00403-DAD-BAM<br><br>ORDER REQUIRING RESPONSE FROM THE GOVERNMENT REGARDING DEFENDANT'S STATUS |

    This matter is before the court on defendant Gilberto Esparza-Vera's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (Doc. No. 41.) The court has recently become aware of information indicating that defendant Gilberto Esparza-Vera has completed serving his sentence and is no longer in federal custody. If so, his motion is likely moot.

    Accordingly, within fourteen days from the date of service of this order, the government is directed to respond in writing regarding whether defendant has completed serving his sentence in the above-captioned case. If so, the government is also directed to state whether it believes all pending motions in this case have been rendered moot.

IT IS SO ORDERED.

Dated: __**April 8, 2019**__             _/s/ Dale A. Drozd_
                                                               UNITED STATES DISTRICT JUDGE

1